COURT
OF APPEALS

                                       SECOND
DISTRICT OF TEXAS

                                                   FORT
WORTH

 

                        NO.
2-06-297-CV

 

 

LYNN
STEVENS                                                                   APPELLANT

                                                                                   AND
APPELLEE

 

                                                   V.

 

MARK
IRWIN STEVENS         APPELLEE

                                                                                 AND
APPELLANT

 

                                               ----------

            FROM THE 233RD
DISTRICT COURT OF TARRANT COUNTY

                                               ----------

                  MEMORANDUM OPINION[1] AND JUDGMENT

                                               ----------

We have considered appellant Lynn Stevens= AUnopposed
Motion To Dismiss Appeal.@  It is the court=s opinion that the motion should be granted; therefore, we dismiss the
appeal of appellant Lynn Stevens.  See
TEX. R. APP. P. 42.1(a)(1), 43.2(f).  This case shall hereafter be styled AMark Irwin Stevens v. Lynn Stevens.@








Costs of the appeal of Lynn Stevens incurred by her shall be taxed
against Lynn Stevens, for which let execution issue.

 

PER
CURIAM       

 

 

PANEL D:  HOLMAN, GARDNER, and WALKER, JJ.

 

DELIVERED:  September 21, 2006











[1]See Tex. R. App. P. 47.4.